Justice CASTILLE and Justice BAER join this concurring statement.

Robert D. EVERHART and Christine J. Yost, Administrators of the Estate of Robert E. Everhart, Deceased, Petitioners,

v.

The PMA INSURANCE GROUP, A Pennsylvania Corporation, Meyer & Eckenrode Insurance Group, A Pennsylvania Business Entity, State Farm Mutual Automobile Insurance Company, An Illinois Corporation, and Russell Standard Corp., A Pennsylvania Corporation, Respondent.

Supreme Court of Pennsylvania.

June 26, 2007.

## ***ORDER***

PER CURIAM.

AND NOW, this 26th day of June 2007, the Petition for Leave to File an Addendum to the Petition for Allowance of Appeal is granted. The Petition for Allowance of Appeal is granted. The issues as stated by Petitioners are:

(1) Whether the lower court erred in granting the motion for summary judgment, where the decedent was a "class one" insured for the purpose of stacking underinsured motorist benefits under the policy of insurance issued in the name of the corporation.

(2) Whether the Superior Court erred in holding that underinsured motorist

---

**7.** As noted, the record consists primarily of a stipulation of facts delineating the dates on which Appellant repurchased several of the automobiles in question and the corresponding dates on which it filed refund petitions for those vehicles. It shows that three of the buybacks occurred after expiration of the time

limit. *See* Reproduced Record at 39a, 56a. The stipulation, however, provides no background information regarding the course of the underlying litigation, including due diligence on the part of Appellant and/or its agents or affiliates.

benefits can not be stacked under a commercial fleet policy, which is inconsistent with and contrary to the [MVFRL] (75 Pa.C.S. § 1738).